IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
Western Division

| | | |
|---|---|---|
| GARY E. RHINE, | ) | Case No. 3:96CV7524 |
| Plaintiff, | ) | Judge James G. Carr |
| vs. | ) | |
| CASIO, INC. AND CASIO COMPUTER CO., LTD., | ) | |
| Defendants. | ) | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Pursuant to the Court's Order dated February 15, 2002, the parties submit the following status report.

On August 24, 2000, the Court stayed this case pending reexamination of Rhine's U.S. Patent No. 4,910,652 ("the '652 patent"). That reexamination is still pending.

On May 3, 2001, the United States Patent and Trademark Office ("USPTO") issued a non-final Office Action, rejecting claims 1 and 4 of the '652 patent. Claim 1 is the only claim asserted by Rhine in this case. Rhine filed a response to the Office Action on June 28, 2001 and a supplemental response on August 7, 2001.

On June 27, 2002, the USPTO issued an Office Action, again rejecting claims 1 and 4 of the '652 patent. A response to the Office Action was filed by Rhine on August 27, 2002.

On December 21, 2004, the USPTO issued an Office Action, rejecting claims 1-4 of the

'652 patent. A response to the Office Action was filed by Rhine on February 16, 2005.

This reexamination is still pending.

Date: ___6/1/05___

Respectfully submitted,

_____

Scott D. Stimpson
Barry D. Rein
Morgan, Lewis & Bockius L.L.P.
101 Park Avenue
New York, NY 10178
(212) 309-6628
(212) 309-6273 (fax)
sstimpson@morganlewis.com
brein@morganlewis.com

Daniel J. McMullen (Bar No. 0034380)
CALFEE, HALTER & GRISWOLD
800 Superior Avenue, Suite 1800
Cleveland, Ohio 44114
Tel: (216) 622-8656
dmcmullen@calfee.com

Attorneys for Defendants
Casio, Inc. and Casio Computer Co., Ltd.

Date: ___6/1/05___

Respectfully submitted,

_____

Mark C. Schaffer (OSCT #0000665)
James F. Porcello, Jr. (OSCT #0007820)
EMCH, SCHAFFER, SCHAUB &
PORCELLO CO.
One SeaGate, Suite 1980
P.O. Box 916
Toledo, Ohio 43697-0916
(419) 243-1295
(419) 243-8502 (fax)
mschaffer@essp-law.com
jporcello@essp-law.com

Attorneys for Plaintiff Gary E. Rhine

Counsel to file further quarterly status
reports commencing September 15, 2005.
So ordered.

James G. Carr

Chief Judge

2