# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **Gary E. Rhine,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **3:96cv7524** |
| v. | ) | |
| | ) | |
| | ) | |
| **Casio, Inc.,** | ) | **NOTICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

TAKE NOTICE that the above-entitled case has been set for **Telephone Pretrial Conference** at **11:30 a.m.**, on **September 26, 2005,** in Courtroom #209, U.S. District Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio, before the **Honorable James G. Carr, Chief Judge.**

Out-of-town counsel may arrange to attend by phone by calling 419/259-6420 (Joyce) at least two days prior to conference.

Date:  September 22, 2005

Geri M. Smith, Clerk of Court


s/ Amy L. Schroeder
Courtroom Deputy


Toledo, OH