IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gary E. Rhine,  Case No. 3:96CV7524

    Plaintiff

v.  ORDER

Casio, Incorporated,

    Defendant

Status conference held.

It is hereby

ORDERED THAT this case be, and the same hereby is dismissed, without prejudice to the rights of any party, subject to a right to refile, with prior rulings confirmed, within six months of the date of final disposition of all matters pending before the United States Patent Office.

So ordered.

                                  s/James G. Carr
                                  James G. Carr
                                  Chief Judge